## FEE AGREEMENT FOR CHAPTER 7 BANKRUPTCY

This FEE AGREEMENT For Chapter 7 Bankruptcy hereby entered by and between Alan M Jacob, an Illinois Licensed Attorney, and **Maeltan Hedoo** of **5747 N. Spaulding, Chicago, Illinois 60659** is agreed upon as follows:

A. After consulting with Alan M Jacob, Attorney at Law, I hereby seek to file a Chapter 7 bankruptcy pursuant to the following terms:

B. I agree to pay to Alan M Jacob the sum of **$1,500.00** (one thousand five hundred dollars and zero cents) for attorneys' fees and inclusive of the filing fee of $335.00.

C. Alan M Jacob agrees to provide legal services for all issues of the bankruptcy case for a regular filing through discharge. Services provided and to be provided include: analysis of client's financial status including determining and advising whether to file bankruptcy, preparation of the Chapter 7 Petition and all related schedules and all forms required to file for bankruptcy including identity documents, and attorney compensation forms, representation of client at the initial and additional meeting of creditors, and for notification to creditors of the bankruptcy filing and in attempting to notify creditors to cease garnishments, if necessary. The above agreed upon fees do not include the following services: amendments to schedules and hearings above and beyond 341 hearings.

D. **FULL AND COMPLETE DISCLOSURE REQUIRED**: The client understands and acknowledges that he must disclose all assets, debts, income, additional income, dividends, expenses, household expenses, business expenses, any and all debts of any kind, regardless of nature or amount. The client agrees to be completely open and honest in all matters, both with the Attorney and with the Bankruptcy Court of the Northern District of Illinois and the United States Trustee and its Officers. If the client fails to fully disclose all material elements as outlined, the Attorney may withdraw his representation of the client.

E. The Attorney may withdraw, or client may terminate the services of the Attorney at any time upon giving notice, in writing. Should Client discharge the Attorney, Client agrees to pay him reasonable attorney fees for services rendered, but not yet paid for, at the billing rate of $100.00 per hour.

By affixing my signature below, I acknowledge reading and understanding the above and have received a copy of this agreement.

_____ 04/13/18        _____ 4/13/18
Client           Date              Attorney     Date