Certificate Number: 14912-ILN-DE-031166051

Bankruptcy Case Number: 18-11093



14912-ILN-DE-031166051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 11, 2018</u>, at <u>6:43</u> o'clock <u>PM EDT</u>, <u>Maeltan Hedoo</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>June 11, 2018</u>　　　By:　<u>/s/Jai Bhatt</u>

　　　　　　　　　　　　　　Name:　<u>Jai Bhatt</u>

　　　　　　　　　　　　　　Title:　<u>Counselor</u>